1  HARVEY P. SACKETT (72488)

2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  Attorney for Plaintiff

8  /jgl

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  CARISSA E. LARSON,              )   No.: 3:12-cv-03017-LB
                                    )
13          Plaintiff,               )
                                    )
14  v.                              )
                                    )
15                                  )   NOTICE AND ORDER OF SUBSTITUTION
    MICHAEL J. ASTRUE,              )   OF COUNSEL
16  Commissioner,                   )
    Social Security Administration, )
17                                  )
                                    )
18          Defendant.              )
                                    )
19

20      PLEASE TAKE NOTICE CARISSA E. LARSON, Plaintiff in the above-captioned case,

21  hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

22

23  Dated:  March 6, 2013            /s/
                                     CARISSA E. LARSON
24                                   1766 Shirley Drive
                                     Pleasant Hill, California 94523
25

26  Dated:  March 13, 2013           /s/
                                     HARVEY P. SACKETT
27

28  IT IS SO ORDERED.

                                     1

NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

1
2   Dated: March 15, 2013                    _____
3                                            HON. LAUREL BEELER
                                             United States Magistrate Judge
4
...