HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARISSA E. LARSON, | ) | No.: 3:12-cv-03017-LB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE AND ORDER OF SUBSTITUTION |
| MICHAEL J. ASTRUE, | ) | OF COUNSEL |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     PLEASE TAKE NOTICE CARISSA E. LARSON, Plaintiff in the above-captioned case, hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

Dated:  March 6, 2013              /s/
                                               CARISSA E. LARSON
                                               1766 Shirley Drive
                                               Pleasant Hill, California 94523

Dated:  March 13, 2013            */s/*
                                               HARVEY P. SACKETT

IT IS SO ORDERED.

1

NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

1
2   Dated: March 15, 2013
3                                           _____
                                            HON. LAUREL BEELER
                                            United States Magistrate Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL