UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CARISSA E. LARSON, | No. C 12-03017 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

On June 12, 2012, Carissa Larson, through her counsel Harvey Sackett, filed a complaint against the then-Commissioner of the Social Security Administration ("SSA"), Michael Astrue, that asks the court to review the SSA's decision denying her claim for disability benefits.[1] Complaint, ECF No. 1.[2] Mr. Astrue answered her complaint on November 20, 2012. Answer, ECF No. 11. Originally, Ms. Larson's motion for summary judgment was due by December 18, 2013, Social Security Procedural Order, ECF No. 2 (providing that, in such cases, a plaintiff's summary judgment motion is due within 28 days of the filing and service of a defendant's answer), but the court approved the parties' two stipulations to allow her additional time to file it, Order Approving First Stipulation Extending Time, ECF No. 176; Order Approving Second Stipulation Extending Time, ECF No. 19. In the second order, filed on February 5, 2013, the court, at the request of the parties, gave Mr.

---

[1] Mr. Astrue was succeeded by current-Commissioner Carolyn Colvin on February 14, 2013.

[2] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 12-03017 LB
ORDER

1  Larson until March 21, 2013 to file her motion for summary judgment and Mr. Astrue until April 18,
2  2013 to file any opposition and cross-motion for summary judgment. Order Approving Second
3  Stipulation Extending Time, ECF No. 19 at 1. Then, on March 15, 2013, the court approved Mr.
4  Larson's request to represent herself *in pro per* and to allow Mr. Sackett to withdraw as her attorney.
5  Order of Substitution of Counsel, ECF No. 21.
6      To date, Mr. Larson has not filed any motion for summary judgment, even though her deadline
7  for doing so was March 21, 2013. Accordingly, the court **ORDERS** Ms. Larson to show cause, in
8  writing and by May 10, 2013, why her action should not be dismissed for failure to prosecute.
9      **IT IS SO ORDERED.**
10 Dated: April 24, 2013

_____
LAUREL BEELER
United States Magistrate Judge